# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-0177
LT Case No. 2003-CF-000918-A

_____

DAVID L. FARIES, JR.,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Citrus County.
Joel D. Fritton, Judge.

David L. Faries, Jr., Raiford, pro se.

No Appearance for Appellee.

April 14, 2026

PER CURIAM.

    AFFIRMED.

MAKAR, WALLIS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____